# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| Jania Volz | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:15-cv-00627 DRH-PMF |
| Tricorp Management Company, et al. | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Defendants Tricorp Management, Tricorp Food Services, Inc., Tricorp Enterprises, Ltd., Tricorp Incorporated, Tricorp Holdings, LLC, Primrose Restaurant Properties, L.P. Fairview Heights Bistro, LLC, Stephen Bell and Bradley Bax

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  Missouri . The state and federal bar numbers issued to me are:  56160 and 56160MO .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 7/6/15
Date

Signature of Movant

2730 N. Ballas Road, Suite 200
Street Address

Daniel G. Fritz
Printed Name

St. Louis, MO  63131
City, State, Zip