# CONSENT TO JOIN COLLECTIVE CLASS ACTION

I, Erica P. Diaz, hereby consent to opt in to and become a party plaintiff to the collective class action entitled *Jania Volz, et. al. v. Tricorp Management Company*, Case No. 3:15-cv-00627-DRH-PMF. I understand and agree that by joining in this action, I will be bound by any adjudication of the Court in this action.

I understand that this lawsuit has been brought on my behalf and on behalf of all similarly-situated employees of the Tricorp Defendants, pursuant to Section 216(b) of the Fair Labor Standards Act. I understand that the lawsuit seeks to recover unpaid minimum wage compensation, liquidated damages, attorneys' fees, costs, and other relief.

I understand that by joining this lawsuit, I have agreed to designate Jania Volz, the representative Plaintiff, as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of a settlement agreement, the entering of an agreement with Plaintiffs' lawyer concerning fees and costs, and all other matters pertaining to this lawsuit. I support the proposed appointment of The Wise Firm LLC as collective class counsel and agree to be represented by The Wise Firm LLC for this action. I understand that The Wise Firm LLC is being retained on a contingency fee basis, which means that if there is no recovery, I will not be responsible for paying plaintiffs' attorneys' fees, costs or expenses. If the Plaintiffs prevail, The Wise Firm LLC will request the court to determine or approve the amount of attorney's fees and costs they are entitled to receive.

Signature: [signature] Date: 3/18/16

Printed Name: Erica P. Diaz Address: [redacted]

Phone: [redacted] E-Mail: [redacted]@gmail.com

I am currently employed at a T.G.I. Friday's restaurant: ☐ Yes ☒ No

PLEASE RETURN USING THE SELF ADDRESSED STAMPED ENVELOPE PROVIDED TO THE FOLLOWING:

**The Wise Firm LLC**
**P.O. Box 701**
**Carlinville, IL 62626**