IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIA VOLZ, ET AL., ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-00627-DRH-RJD |
| ) | |
| TRICORP MANAGEMENT COMPANY, ET AL., ) | Judge: David R. Herndon |
| ) | Magistrate: Reona J. Daly |
|     *Defendants.* ) | |
| ) | ***JURY TRIAL DEMANDED*** |

## JOINT MOTION FOR FINAL APPROVAL OF FLSA COLLECTIVE AND CLASS ACTION SETTLEMENT

Plaintiffs and Defendants, through their respective counsel, move this Court for Final Approval of the preliminarily approved Settlement Agreement in this matter. In support of this Motion, Plaintiffs are concurrently submitting a Memorandum in Support of this Joint Motion for Final Approval, and incorporate that Memorandum as if fully set forth herein.

For the reasons set forth herein and in the Memorandum in Support, the Parties respectfully request that Final Approval of the settlement be granted after the Final Fairness Hearing on January 9, 2016.

Respectfully and Jointly Submitted:

Dated: January 2, 2016

By: */s/ Brandon M. Wise*
Brandon M. Wise – No. 67242
Peiffer Rosca Wolf
Abdullah Carr & Kane, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@prwlegal.com

*Counsel for Plaintiffs and the Classes*

1

By: */s/ Brian M. O'Neal (w/ consent)*
Daniel G. Fritz, Admitted *Pro Hav Vice*
Brian M. O'Neal, 6287007
2730 North Ballas Road, Suite 200
St. Louis, MO 63131-3039
Ph: 314-567-7350
Fax: 314-567-5968
Email: fritz@mcmahonberger.com
Email: oneal@mcmahonberger.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a ture and accurate copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all parties and counsel of record.

*/s/ Brandon M. Wise*