IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Jania Volz,
Plaintiff,

vs

No. 3:15-cv-00627-DRH-RJD

Tricorp Management Company, et al.,
Defendant.

## ORDER ON UNOPPOSED PETITION FOR PAYMENT OF CLASS COUNSEL'S ATTORNEYS' FEES AND COSTS

**Herndon, District Judge:**

The Court, having reviewed Class Counsels' Unopposed Petition for Payment of Class Counsel's Attorneys' Fees and Costs (Doc. 398), hereby **GRANTS** the motion.

It is hereby **ORDERED THAT** Class Counsel shall be awarded $105,000.00 in attorneys' fees, as provided for in Article X of the Stipulation of Settlement (Doc. 389-1) and as requested in the Petition for Attorneys' Fees and Costs;

It is **FURTHER ORDERED THAT** Class Counsel shall be awarded $4,038.77 in costs and expenses as provided for in Article X of the Stipulation of Settlement (Doc. 389-1) and as requested in the Petition for Attorneys' Fees and Costs; and

It is **FINALLY ORDERED THAT** within thirty (30) days of the Effective Date of this Settlement Agreement, the Claims Administrator shall pay the fee

awards approved herein in full satisfaction of Class Counsels' claims for attorneys' fees, expenses, and costs incurred in connection with this action.

**IT IS SO ORDERED.**

Signed this 9th day of January, 2016.

Digitally signed by Judge David R. Herndon
Date: 2017.01.09 14:21:25 -06'00'

United States District Judge