UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JANIA VOLZ, et al.,

    Plaintiffs,

v.                               No. 3:15-cv-0627-DRH-RJD

TRICORP MANAGEMENT CO., et al.,

    Defendants.

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Judgment Approving Settlement entered by the Court on January 9, 2017, (Doc. 404), this case is **DISMISSED with prejudice**.

                              JUSTINE FLANAGAN,
                              ACTING CLERK OF COURT

                              BY: /s/Alex Francis
                              **Deputy Clerk**

Dated: January 9, 2017

Digitally signed by
Judge David R. Herndon
Date: 2017.01.09
15:17:17 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT